# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2938

_____

| | | |
|---|---|---|
| Walter Steven Brown, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Diane Kay Brown, | * | |
| | * | Appeal from the United States |
| Plaintiff, | * | District Court for the |
| | * | Southern District of Iowa. |
| v. | * | [UNPUBLISHED] |
| | * | |
| Internal Revenue Service, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: December 16, 1998
Filed: December 22, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Walter Steven Brown appeals from the district court's[1] affirmance of the

_____

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.

bankruptcy court's[2] refusal to exercise residual jurisdiction over his and his wife's dismissed Chapter 12 bankruptcy case. Having carefully reviewed the record and the parties' submissions on appeal, we deny Brown's request for stay pending appeal and we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Lee M. Jackwig, United States Bankruptcy Judge for the Southern District of Iowa.